GEORGE I. SKINNER, as Superintendent of Banks of the State of New York, Appellant, *v.* DAVID A. SULLIVAN et al., Defendants, and HOME BANK OF BROOKLYN et al., Respondents.

*Banks and banking — action to enforce statutory liability of stockholders of insolvent bank — holders of stock as collateral security not stockholders within meaning of statute.*

*Skinner* v. *Home Bank of Brooklyn,* 190 App. Div. 187, affirmed.
(Argued February 1, 1921; decided March 1, 1921.)

APPEAL from a judgment, entered February 13, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment of Special Term in so far as it held the defendants, respondents, liable as stockholders of the Union Bank of Brooklyn and directed a dismissal of the complaint as to them. The action was brought by the superintendent of banks to enforce the statutory stockholders' liability to the extent of the full amount of the stock of an insolvent bank alleged to be held by

defendants. The Appellate Division held that the defendants, respondents, were not stockholders in the insolvent bank and that so far as they had any interest in its stock it was as collateral for the security of payment of a debt.

*Eugene Lamb Richards, Louis Goldstein* and *John B. White* for appellant.

*Luke D. Stapleton* and *Conrad Saxe Keyes* for Home Bank of Brooklyn, respondent.

*Louis F. Doyle* and *Warren Bigelow* for William A. Main, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.